United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| LUMES ISAMAR PAGOADA WATLER, "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-01047 |
| WARDEN, EL VALLE DETENTION FACILITY, *et al.*, *in their official capacities,* "Respondents." | § | |
| | § | |

**ORDER**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"); "Petitioner's Ex Parte Application for Temporary Restraining Order" (Dkt. No. 2) ("MTRO"); and Respondents' "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 12) ("MSJ").

Petitioner is a Honduran citizen and national, who has been detained at the El Valle Detention Facility in Raymondville, Texas since August 21, 2026. Dkt. No. 1 at 1-2. Dkt. No. 12 at 2. She challenges Respondents' authority to detain her without an individualized custody determination. *See* Dkt. No. 1 at 8-12.

The Court finds that 8 U.S.C. § 1225(b)(2)(A) authorizes Petitioner's detention, *see Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 498 (5th Cir. 2026), and any constitutional claims contesting detention without a bond hearing or individualized custody determination are foreclosed by the Fifth Circuit's decision in *Rodriguez v. Vergara*, No. 26-50183, ___ F.4th ___, 2026 WL 3181188 (5th Cir. Oct. 23, 2026).

For these reasons, Respondents' MSJ (Dkt. No. 12) is **GRANTED** and the Petition (Dkt. No. 1) is **DENIED**. Petitioner's MTRO (Dkt. No. 2) is further **DENIED as moot**. The Clerk of Court is **INSTRUCTED** to close this case.

Signed on this 12th day of November 2026.

Rolando Olvera
United States District Judge